

# NUMBER 13-14-00262-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**WHITE POINT MINERALS, INC.,**                                    **Appellant,**

**v.**

**DICK SWANTNER,**                                    **Appellee.**

## On Petition for Permissive Appeal from the County Court No. 1 of Nueces County, Texas.

# O R D E R

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

White Point Minerals, Inc. filed a petition for permissive appeal on May 8, 2014, and an amended petition for permissive appeal on May 16, 2014. Dick Swanter filed a response to the petition for permissive appeal on June 9, 2014. *See generally* TEX. R. APP. P. 28.3. By his response, Swantner asserts that he does not oppose this Court's granting permission to appeal.

The Court, having examined and fully considered the petition for permissive appeal and the response thereto, is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. Thus a notice of appeal is deemed to have been filed on this date. *See id.* R. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *See id.* R. 28.1 ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of the Court to file a copy of this order with the trial court clerk. *See id.* R. 28.3(k).

It is so ORDERED.

PER CURIAM

Delivered and filed the
13th day of June, 2014.